**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BRIAN DORIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 11 C 7255 |
| v. | ) | |
| | ) | Judge James B. Zagel |
| PAUL KAUPAS, Sheriff of Will County, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT GLASGOW'S MOTION FOR
## ENTRY OF JUDGMENT

Defendant JAMES GLASGOW, Will County State's Attorney, by his undersigned attorneys, respectfully moves this Court to convert the dismissal without prejudice to a dismissal with prejudice, stating as follows:

1.    On December 22, 2011, this Court granted State's Attorney Glasgow's motion to dismiss the claims against him in Plaintiff's original complaint.

2.    The Court characterized the dismissal as "without prejudice" because Plaintiff informed the Court that he intended to replead the claims against State's Attorney Glasgow.

3.    The Court gave Plaintiff seven weeks to replead his claims against State's Attorney Glasgow, and in early February 2012, Plaintiff requested and received an additional four weeks to file his amended complaint.

4.    On March 9, 2012, Plaintiff filed his amended complaint.

5.    There are no claims against State's Attorney Glasgow in the amended complaint.

6.    In all, Plaintiff had nearly three full months to consider whether he could assert a viable claim against State's Attorney Glasgow.

7.    The amended complaint confirms what this Court observed in December 2011 – that Plaintiff is unable to state a viable claim against State's Attorney Glasgow.

8.    Therefore the dismissal of State's Attorney Glasgow from this lawsuit should be converted from "without prejudice" to "with prejudice."

WHEREFORE, State's Attorney Glasgow respectfully requests that this Court enter an order indicating that he is dismissed from this case with prejudice.

Respectfully submitted,

WILL COUNTY STATE'S ATTORNEY
JAMES W. GLASGOW


s/ Martin W. McManaman_____
One of the attorneys for Defendant

Martin W. McManaman
Patrick R. Moran
LOWIS & GELLEN LLP
200 West Adams Street
Suite 1900
Chicago, Illinois 60606
(312) 364-2500